# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 0 6 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY a cc DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL VARGAS-HERNANDEZ ,<br><br>Defendant. | CASE NO. 13CR0794-DMS<br><br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_  the Court has dismissed the case for unnecessary delay; or

__X__  the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_\_  the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

   8 USC 1326(a) and (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: June 3, 2016

_____
Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE